FILED JUN 7 '21 PM 2:51 USDCALS

5-17-21

- Malik Boaz Dailey
- Reg # 17687-003
- Case # 1:19-CR-00193-kd-mu
- Judge - Dubose

To whom it may concern,

I'm writing to request my Docket Sheet, Plea Agreement and also my Sentencing Order. Thank you in advance for your help

Malik B Dailey
*Malik B Dailey* (signature)

Malik Boaz Bailey- 17637-003
FCI Forrest City-med
P.O Box 3000
Forrest City, AR 72336



MEMPHIS TN 380
3 JUN 2021   PM 4   L

Charles R. Diard, JR
U.S Courthouse
113 St. Joseph St
Mobile, AL 36602